AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western ___ District of ___ New York ___

| | |
|---|---|
| Pereira Da Silva Luciano<br>*Plaintiff*<br>v.<br>Eric H. Holder, Attorney General of the United States, et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Civil Action No.        6:25-CV-6106-EAW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☒ other:   the action is administratively terminated. _____
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Elizabeth A. Wolford _____ on a motion for   N/A _____
_____ .

Date: _____ 02/21/2025 _____

*CLERK OF COURT*

s/Mary C. Loewenguth
_____
*Signature of Clerk or Deputy Clerk*