Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

Pereira da Silva Luciano,

    v.

Pamela Bondi, et al

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 25-cv-6106

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Petitioner be granted a bond hearing before an IJ within 21 days of this Order. Judgment is issued in favor of the Petitioner.

Date: April 18, 2025

MARY C. LOEWENGUTH
CLERK OF COURT

By: Liz B.
    Deputy Clerk