UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

PEREIRA DA SILVA LUCIANO,

                     Petitioner,

    v.

PAMELA BONDI, et al.,

                     Respondent.

_____

**STIPULATION OF DISMISSAL**
**WITHOUT PREJUDICE**

Case No.: 6:25-cv-06106-EAW

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear its own costs, expenses, and fees.

In addition, upon the so ordering of this stipulation, the Order (ECF Dkt. No. 12) and Judgment (ECF Dkt. No. 13) issued by the Court on April 18, 2025, and any subsequent scheduling orders (ECF Dkt. No. 18) are declared void. The Clerk's Office is directed to close the case.

[SIGNATURES APPEAR ON NEXT PAGE]

| | | |
|---|---|---|
| Dated: Batavia, New York<br>April 28, 2025 | | ECBA VOLUNTEER LAWYERS PROJECT<br>*Counsel for Plaintiff*<br>45 Ellicott Street, Suite 1<br>Batavia, New York 14020 |
| | By: | s/ Aaron J. Aisen<br>Aaron J. Aisen, Esq.<br>(585) 524-1778<br>aaisen@ecbavlp.com |
| Dated: Rochester, New York<br>April 28, 2025 | | Michael DiGiacomo<br>United States Attorney<br>*Counsel for Respondent*<br>Western District of New York<br>100 State Street, Suite 500<br>Rochester, New York 14614 |
| | By: | s/ Adam Khalil<br>Adam Khalil<br>Assistant U.S. Attorney<br>(585) 399-3979<br>adam.khalil@usdoj.gov |

So Ordered:

Date:   April 28, 2025
        Rochester, New York

_____
Hon. Elizabeth A. Wolford
Chief United States District Judge